Teresa S. Renaker, Cal. Bar. No. 187800
teresa@renakerscott.com
Kirsten G. Scott, Cal. Bar. No. 253464
kirsten@renakerscott.com
RENAKER SCOTT LLP
505 Montgomery Street, Suite 1125
San Francisco, California 94111
Telephone: (415) 653-1733
Facsimile: (415) 727-5079

Wendy Stryker, *pro hac vice*
wstryker@fkks.com
Kristen Niven, *pro hac vice*
kniven@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
28 Liberty Street, 35th Floor
New York, NY 10005
Telephone: (212) 980-0120
Facsimile: (212) 593-9175

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH PERSONETTE, JAMES SULLIVAN, and DALANA BRAND,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-6266-JCS<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

//

//

Case No. 3:24-cv-6266
COMPLAINT

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: September 19, 2024 | RENAKER SCOTT LLP |
| 3 | By: | */s/ Teresa S. Renaker* |
|   |   | Teresa S. Renaker |
| 4 |   | Kirsten G. Scott |

FRANKFURT KURNIT KLEIN + SELZ PC
Wendy Stryker, *pro hac vice*
Kristen Niven, *pro hac vice*

*Attorneys for Plaintiffs*