| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley (Bar No. 168181)<br>eric.meckley@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: +1.415.442.1000<br><br>Jeremy P. Blumenfeld (admitted *pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>Brian W. Sullivan (admitted *pro hac vice*)<br>brian.sullivan@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel: +1.215.963.5000 | MORGAN, LEWIS & BOCKIUS LLP<br>Christopher J. Boran (admitted *pro hac vice*)<br>christopher.boran@morganlewis.com<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1000<br><br>Abbey M. Glenn (Bar No. 267751)<br>abbey.glenn@morganlewis.com<br>1111 Pennsylvania Ave, NW<br>Washington, DC 20004-2541<br>Tel: +1.202.739.3000 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH PERSONETTE, JAMES SULLIVAN, and DALANA BRAND,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>ELON MUSK, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-6266-JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT'S SECOND CAUSE OF ACTION**<br><br>Hearing Date: January 16, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 8<br>Hon. Jacqueline Scott Corley<br><br>Complaint Filed:  September 5, 2024 |

Defendants Elon Musk; X Corp.; and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants") respectfully request that the Court take judicial notice of the following documents attached as Exhibits 1 and 2 to the concurrently filed Declaration of Abbey M. Glenn ("Glenn Decl.") in support of Defendants' Motion to Dismiss the Complaint's Second Cause of Action:

**Exhibit 1:** The year-end 2021 Form 10-K filed with the Securities and Exchange Commission ("SEC") by Twitter, Inc., dated February 16, 2022.

**Exhibit 2:** The 2022 Definitive Proxy Statement filed with the SEC by Twitter, Inc., dated May 25, 2022.

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Similarly, in ruling on motions brought pursuant to Federal Rule of Civil Procedure 12, courts regularly consider documents that are "incorporate[d] by reference" into a complaint. *See, e.g., Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). Here, Defendants' proffered documents warrant judicial notice.

Exhibits 1 and 2 are properly subject to judicial notice as documents filed with a federal agency, the SEC, and which are publicly available. *E.g.*, *Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (court "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings"). Plaintiffs cite and rely on Exhibit 2 in their Complaint, directly quoting it. Compl. ¶¶ 129-32. Thus, the Court may properly take judicial notice of these SEC filings. *See*, *e.g.*, *Shenwick v. Twitter, Inc.*, 282 F. Supp. 3d 1115, 1123 (N.D. Cal. 2017) (taking judicial notice of SEC filings); *City of Royal Oak Retirement Sys. v. Juniper Networks, Inc.*, 880 F. Supp. 2d 1045, 1059 (N.D. Cal. 2012) (taking judicial notice of SEC filings and acknowledging that "when a complaint references and necessarily relies on a document, the court 'may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6).'") (quoting *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006)).

For these reasons, Defendants respectfully request that the Court take judicial notice of

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Exhibits 1 and 2.

Dated: November 15, 2024               Respectfully submitted,


MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Christopher Boran
    Eric Meckley
    Jeremy Blumenfeld (admitted *pro hac vice*)
    Christopher Boran (admitted *pro hac vice*)
    Abbey Glenn
    Brian Sullivan (admitted *pro hac vice*)

*Attorneys for Defendants*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:24-cv-06266-JCS