UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERSONETTE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELON MUSK, et al.,<br><br>   Defendants. | Case No. 24-cv-06266-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the Case Management Conference held on December 5, 2024, IT IS ORDERED:

I. **CASE MANAGEMENT DEADLINES**

| | |
|---|---|
| Move to Amend Pleadings: | April 3, 2025 |
| Fact Discovery Cut Off: | August 15, 2025 |
| Expert Disclosures: | September 15, 2025 |
| Rebuttal Expert Disclosures: | October 16, 2025 |
| Expert Discovery Cut Off: | November 21, 2025 |
| Plaintiffs' Filing Rule 52/Rule 56 Motions: | April 9, 2026 |
| Defendant's Opposition/Cross Motion: | May 14, 2026 |
| Plaintiffs' Reply/Opposition: | June 18, 2026 |
| Defendant's Reply: | July 16, 2026 |
| Hearing Date for Rule 52/56 Motions: | August 6, 2026 |

At the motion hearing scheduled for February 13, 2025 at 10:00 am, in person in Courtroom 8, 19th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California, the

parties are expected to provide a deadline by which they will identify their private mediator and date of mediation.

## II. DISCOVERY DEADLINES

All depositions must be noticed at least 30 days before the close of fact discovery. Any discovery-related letter briefs or motions are due one week after the close of fact discovery. The same rules apply to expert discovery. *See* N.D. Cal. Civ. L.R. 37-3.

Dated: December 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge