MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SARAH PERSONETTE, JAMES SULLIVAN, and DALANA BRAND,<br><br>Plaintiffs,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY,<br><br>Defendants. | Case No. 3:24-cv-06266-JSC<br><br>[Assigned to Judge Jacqueline Scott Corley]<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS TO APRIL 24, 2025**<br><br>[Civ. L.R. 6-1(b), 6-2]<br><br>Complaint Filed: September 5, 2024 |

FKKS:4359914.1 31403.200
DB1/ 155650706.2

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants Elon Musk, X Corp. f/k/a Twitter, Inc., and Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants"), and Plaintiffs Sarah Personette, James Sullivan, and Dalana Brand (collectively, "Plaintiffs") (Defendants and Plaintiffs, together, the "Parties") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this case on September 5, 2024 ("Complaint") (ECF No. 1);

WHEREAS, on November 15, 2024, Defendants filed a Motion to Dismiss the Complaint's Second Cause of Action ("Motion") (ECF No. 28);

WHEREAS, on November 26, 2024, the Court set the hearing date for Defendants' Motion on February 13, 2025 (ECF No. 34) based on a prior stipulation by the Parties to modify the briefing schedule for Defendants' Motion (ECF No. 32);

WHEREAS, on December 17, 2024, Plaintiffs filed an opposition to the Motion (ECF No. 44), on January 17, 2025, Defendants filed a reply in support of the Motion (ECF No. 46), and the Motion is now fully briefed;

WHEREAS, on January 30, 2025, the Court held an Initial Case Management Conference in the related *Leslie Berland v. X Corp., et al.* matter (Case No. 24-cv-07589), and the Court reset the hearing on Defendants' Motion to April 1, 2025, to align with the hearing date of Defendants' motion to dismiss filed in the *Berland* matter because the two motions have related legal issues;

WHEREAS, as Defendants' counsel noted at the Initial Case Management Conference in the *Berland* matter, there is good cause to continue the April 1, 2025 hearing date by roughly three weeks to April 24, 2025 at 10:00 a.m. Pacific Time due to the availability of Defendants' counsel to argue the Motion in this matter on April 1;

WHEREAS, Plaintiffs do not object to Defendants' proposed continuance so long as such continuance does not extend beyond April 24, 2025;

WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay and will not impact any other dates currently set by the Court;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 155650706.2

- 2 -

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
Case No. 3:24-cv-06266-JSC

THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the hearing date for Defendants' Motion from April 1, 2025 to April 24, 2025 at 10:00 a.m. Pacific Time in the above-referenced court.

**IT IS SO STIPULATED.**

Dated: March 11, 2025                    MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ Christopher Boran_____
        Christopher Boran
Attorneys for Defendants
  ELON MUSK; X CORP.; TWITTER, INC.
  CHANGE OF CONTROL AND
  INVOLUNTARY TERMINATION
  PROTECTION POLICY

Dated: March 11, 2025                    FRANKFURT KURNIT KLEIN + SELZ PC

By: _____/s/ Wendy Stryker_____
        Wendy Stryker
Attorneys for Plaintiffs
  SARAH PERSONETTE, JAMES SULLIVAN,
  and DALANA BRAND

In compliance with Northern District Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 11, 2025                    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Christopher Boran*
    Christopher Boran
    Attorneys for Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 155650706.2

- 3 -

STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS
Case No. 3:24-cv-06266-JSC

# PROPOSED ORDER

Pursuant to the Parties' Stipulation to Continue the Hearing Date on Defendants' Motion to Dismiss, and for good cause shown, the Court hereby GRANTS the Parties' request and continues the hearing date on Defendants' Motion to Dismiss to April 24, 2025 at 10:00 a.m. Pacific Time in the above-referenced Court.

**IT IS SO ORDERED.**

DATE: _____

Hon. Jacqueline Scott Corley
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB1/ 155650706.2

- 4 -

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
Case No. 3:24-cv-06266-JSC