UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERSONETTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants. | Case No. 24-cv-06266-JSC <br><br> **ORDER DENYING DEFENDANTS' MOTION TO DISMISS** <br><br> Re: Dkt. No. 28 |

Sarah Personette, James Sullivan, and Dalana Brand ("Plaintiffs") sue to recover severance benefits Defendants allegedly unlawfully withheld following Elon Musk's acquisition of Twitter in 2022. (Dkt. No. 1.)[1] Before the Court is Defendants' motion to dismiss only Plaintiffs' second cause of action, which mirrors in all but one substantive argument the arguments made in the related case of *Berland v. X*, No. 24-cv-07589. (Dkt. No. 28.) After carefully considering the parties' written submissions and having had the benefit of oral argument on April 24, 2025, the Court DENIES Defendants' motion for the reasons stated in the Court's Order in the related case, *Berland v. X*.

The parties are further ORDERED to appear for a further case management conference on July 9, at 2:00 p.m. via Zoom video with a joint case management statement due one week in advance.

**IT IS SO ORDERED.**

//

//

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1    Dated: April 28, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge