UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERSONETTE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 24-cv-06266-JSC<br><br>**ORDER REQUIRING STATUS REPORT RE: DEFENDANTS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 56 |

Defendants' Motion to Compel Arbitration of Plaintiffs' Third and Fourth Causes of Action is set for hearing on Thursday, October 2, 2025 at 10:00 a.m. The Court has twice reset the briefing schedule on this motion to allow the parties to continue settlement discussions, most recently continuing Plaintiffs' opposition deadline from July 29, 2025, until September 5, 2025, and the deadline for Defendants' reply from August 4, 2025, until September 12, 2025. (Dkt. Nos. 59, 62). And, in their most recent Case Management Statement, the parties also indicated "if the Parties' do not result in a settlement and discontinuance of the action and litigation resumes, the Parties will complete briefing on the motion to compel arbitration." (Dkt. No. 63, at 2). But, as of the date of this Order, neither an opposition or reply has been filed.

Accordingly, the Court **VACATES** the hearing on Defendants' Motion to Compel Arbitration set for October 2, 2025 and **ORDERS** the parties to file a joint status report on or before October 1, 2025.

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge